UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ARTHUR LEON JONES #243436,

      Plaintiff,                                                             Case No. 1:19-CV-99

v.                                                                  HON. GORDON J. QUIST

HEIDI WASHINGTON, et al.,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a civil rights action brought by state prisoner, Arthur Leon Jones, pursuant to 42 U.S.C. § 1983.  On February 17, 2022, U.S. Magistrate Judge Ray Kent issued a Report and Recommendation (R & R), recommending that the Court grant Defendants' motion for summary judgment.  (ECF No. 50.)  Neither party filed an objection to the R & R within 14 days.  On March 3, 2022, Plaintiff filed a motion to extend the deadline to file objections to April 1, 2022.  (ECF No. 51.)  On March 8, 2022, Magistrate Judge Kent granted Plaintiff's motion.  (ECF No. 53.)  Despite the extension, Plaintiff has not filed any objection pursuant to 28 U.S.C. § 636(b).  Having reviewed the R & R, the Court will adopt it as the Opinion of the Court.

**Accordingly, IT IS HEREBY ORDERED** that the February 17, 2022, Report and Recommendation (ECF No. 50) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 34) is **GRANTED** for the reasons set forth in the R & R.  Therefore, Plaintiff's remaining claims are **dismissed with prejudice**.

2

This case is **concluded**.

A separate judgment will enter.

Dated: April 5, 2022                                      /s/ Gordon J. Quist
                                                   GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE